IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JERRY CHARLES CREEK, JR.,<br><br>        Defendant. | Case No. 24-CR-259-JFH |

**OPINION AND ORDER**

Before the Court is an Opposed Motion to Determine Indian Country as a Matter of Law ("Motion") filed by the United States of America ("Government"). Dkt. No. 57. The Government seeks a determination that: (1) 10524 E. 126th Street North, Collinsville, Oklahoma is within the boundaries of the Cherokee Nation; (2) 2650 S. Sheridan Road, Tulsa, Oklahoma is within the boundaries of the Muscogee (Creek) Nation; and (3) both addresses are within Indian Country as defined by 18 U.S.C. § 1151(a), and in the Northern District of Oklahoma. *Id.* at 1. The Government represents that defense counsel objects to the Motion. *Id.*

A "district court can find, as a matter of law, a geographic area or particular location is Indian Country, and then instruct the jury to determine factually whether the offense occurred there." *United States v. Roberts*, 185 F.3d 1125, 1139-40 (10th Cir. 1999). The party seeking to invoke the jurisdiction of a federal court must demonstrate by a preponderance of the evidence that the case is within the Court's jurisdiction. *United States v. Bustillos*, 31 F.3d 931, 933 (10th Cir. 1994).

Here the Government submits for the Court's review a map of the Cherokee Nation, showing that 10524 E. 126th Street North, Collinsville, Oklahoma is within the Nation's boundaries. Cherokee Nation Boundary Map (last accessed October 30, 2025),

https://vmgis4.cherokee.org/portal/apps/webappviewer/index.html?id=d890e55c04c04c31a658301f9d020521.  The Government also submits for the Court's review a map of the Muscogee (Creek) Nation, showing that 2650 S. Sheridan Road, Tulsa, Oklahoma is within the Nation's boundaries.  Muscogee (Creek) Nation Boundary Map (last accessed October 30, 2025), https://www.arcgis.com/home/webmap/viewer.html?webmap=e02bccd1bc294253a2e94567696c55fe&extent=-97.9978%2c34.5521%2c-93.941%2c36.521.  The Court finds this sufficient to demonstrate by a preponderance of the evidence that the locations of the charged events are within Indian Country.  A jury, however, will determine the factual question of whether anything of a criminal nature occurred at the 10524 E. 126th Street North, Collinsville, Oklahoma and 2650 S. Sheridan Road, Tulsa, Oklahoma addresses.

    IT IS THEREFORE ORDERED that the Opposed Motion to Determine Indian Country as a Matter of Law filed by the United States of America at Dkt. No. 57 is GRANTED.

    Dated this 7th day of November 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE